```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

UNITED STATES OF AMERICA

v.                                  Case No.  8:08-cr-326-T-33MAP

JOSEPH MICHAEL MOORE
_____/

### ORDER

This matter comes before the Court pursuant to the Government's Request for Leave to Dismiss Indictment (Doc. # 9), which was filed on September 9, 2008.  The Government seeks an order dismissing the indictment as against Joseph Michael Moore without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.[1]  The Court finds it appropriate to grant the motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Government's Request for Leave to Dismiss Indictment (Doc. # 9) is **GRANTED**.

(2) The indictment against Joseph Michael Moore is dismissed without prejudice.

---

[1] Federal Rule of Criminal Procedure 48(a) states, "The government may, with leave of court, dismiss an indictment, information, or complaint. The government may not dismiss the prosecution during trial without the defendant's consent."

(3)  The Clerk is directed to close the case as to Joseph Michael Moore.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of September, 2008.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record